# United States District Court

WESTERN DISTRICT OF WASHINGTON

JAMES P. CAMPBELL, *et al.,*

    v.

INDYMAC MORTGAGE SERVICES, *et al.*

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C11-867RSL

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

Judgment is entered in favor of defendants and against plaintiffs.

September 6, 2011

William M. McCool
Clerk

/s/Rhonda Stiles
By, Deputy Clerk